COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00544-CV |
| Style: | Terry Neff and Iron Workers Mid-South Pension Fund v. |
| | **v**. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, |
| | Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner, Burt M. Martin, and |
| | Weatherford International Ltd., a Swiss Corporation |
| Date motion filed: | December 2, 2015 |
| Type of motion: | Appellee Burt M. Martin's Unopposed Motion to Withdraw and Substitute Counsel |
| Party filing motion: | Appellee Burt M. Martin |
| Document to be filed: | |

If motion to extend time:

Original due date:

Number of previous extensions granted: _____    Current Due date: _____

Date Requested: _____

Ordered that motion is:

    ☑    **Granted**

        If document is to be filed, document due:

        ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Appellee Burt M. Martin has filed an unopposed motion to withdraw and substitute counsel. *See* TEX. R. APP. P. 6.5(d). Daniel E. Bolia's request to withdraw as Burt M. Martin's counsel in this case is granted. The Clerk of this Court is directed to note on the docket the appearance of Wallis M. Hampton and Jason E. Beesinger as additional attorneys of record for Burt M. Martin. *See* TEX. R. APP. P. 6.2.

Judge's signature:   /s/ Terry Jennings

                ☑ Acting individually             ☐ Acting for the Court

Date:  June 24, 2016.